**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION | : | No. 7 WAP 2024 |
| | : | |
| | : | Appeal from the Order entered |
| PETITION OF: WILLIAM PARKER AS | : | March 4, 2023 of the Commonwealth |
| CANDIDATE FOR THE DEMOCRATIC | : | Court at No. 109 MD 2024 |
| NOMINATION FOR UNITED STATES | : | |
| SENATOR  OBJECTION OF: JUDITH ANN | : | |
| GOLDING BAKER, ELAINE PETROSSIAN, | : | |
| AND ALEXANDER ROSE | : | |
| | : | |
| | : | |
| APPEAL OF: WILLIAM PARKER | : | |

# <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2024, the order of the Commonwealth Court is

**AFFIRMED**.

     The Appellant's Reply Brief, filed on March 14, 2024 without leave of this court,

was not considered in deciding this appeal.  Appellant's Motion for Leave to Amend

Appellant's Reply Brief, filed March 15, 2024, is **DENIED AS MOOT**.